United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO VIZCALLA HERNANDEZ, <br> Petitioner, <br><br> versus <br><br> RANDY TATE, *et al*, <br> Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NUMBER <br> 4:26-cv-01205 <br><br><br> JUDGE CHARLES ESKRIDGE |

## ORDER

Prior order determined that Petitioner Carlos Alberto Vizcalla Hernandez wasn't entitled to the relief requested in the petition for a writ of *habeas corpus* because it only raised issues resolved to the contrary in prior, cited decisions. Dkt 4; see also 28 USC §2243.

Petitioner was given opportunity to make a further filing within ten days with additional authorities or distinguishing facts. He hasn't done so.

The petition for a writ of *habeas corpus* is thus DENIED WITH PREJUDICE. Dkt 1.

A final judgment will enter separately.

SO ORDERED.

Signed on March 16, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge